# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KLEIN,<br><br>            Plaintiff,<br><br>   v.<br><br>B. MONTOYA, et al.,<br><br>            Defendants.<br>_____/ | Case No. 1:13-cv-01677-SKO (PC)<br><br>ORDER DENYING MOTION FOR ENTRY OF DEFAULT<br><br>(Doc. 16) |

Plaintiff Michael Klein ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 17, 2013. On March 26, 2015, Plaintiff filed a motion seeking entry of default. Fed. R. Civ. P. 55. Defendants Galvez and Montoya waived service of the summons and amended complaint, and filed a timely answer on March 24, 2015. Fed. R. Civ. P. 4(d)(3), 12(a)(1)(A)(ii). (Docs. 13, 14.) Accordingly, Plaintiff's request for entry of default is ORDERED DENIED.

IT IS SO ORDERED.

   Dated:   **April 7, 2015**                    **/s/ Sheila K. Oberto**
                                                          UNITED STATES MAGISTRATE JUDGE