# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KLEIN, | Case No. 1:13-cv-01677-LJO-SKO (PC) |
| Plaintiff, | ORDER STRIKING REPLY TO ANSWER |
| v. | (Doc. 22) |
| B. MONTOYA, et al., | |
| Defendants. | |

Plaintiff Michael Klein, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 17, 2013. On April 24, 2015, Plaintiff filed a reply to Defendants' answer. Neither the Federal Rules of Civil Procedure nor the Local Rules provide for a reply to an answer, absent an order from the Court requiring one. Fed. R. Civ. P. 7(a)(7). In this case, the Court did not order a reply to the answer.

Accordingly, Plaintiff's reply to Defendants' answer, filed April 24, 2015, is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

Dated: __**April 28, 2015**__                    __/s/ Sheila K. Oberto__
                                                                    UNITED STATES MAGISTRATE JUDGE