# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KLEIN,<br><br>    Plaintiff,<br><br>    v.<br><br>B. MONTOYA, et al.,<br><br>    Defendants.<br>_____ / | Case No. 1:13-cv-01677-LJO-SKO (PC)<br><br>ORDER (1) DIRECTING CLERK'S OFFICE TO CHANGE PLAINTIFF'S ZIP CODE TO 93705 AND SEND HIM A DOCKET COPY, (2) REQUIRING PLAINTIFF TO FILE NOTICE IF THERE ARE FILINGS HE DID NOT RECEIVE, AND (3) DENYING DEFENDANTS' MOTION AS MOOT<br><br>(Doc. 36)<br><br>TWENTY-DAY DEADLINE |

Plaintiff Michael Klein ("Plaintiff"), a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 17, 2013. This action for damages is proceeding against Defendants Montoya and Galvez ("Defendants") for violating Plaintiff's rights under the Eighth Amendment of the United States Constitution with respect to a clothed body search.

On August 24, 2015, Defendants filed a motion seeking an order requiring Plaintiff to provide a valid mailing address within two weeks. Defendants represent that the discovery requests they served on Plaintiff at his address of record on July 28, 2015, were returned by the postal service because the address is invalid.

Plaintiff's address of record lists 93704 as his zip code. However, Plaintiff's notice of change of address filed on July 13, 2015, listed his zip code as 93705 in the caption and 93704 in

1  the body, and his most recent filing listed his zip code as 93705.  (Docs. 29, 34.)  In addition, the
2  Court takes judicial notice of the fact that the zip code for the street address provided by Plaintiff
3  is 93705.[1] Fed. R. Evid. 201; *Daniels-Hall v. National Educ. Ass'n*, 629 F.3d 992, 998-99 (9th Cir.
4  2010) (courts may take judicial notice of information made publicly available by government
5  entities where neither the authenticity of the website nor the accuracy of the information is subject
6  to reasonable dispute.)

       Accordingly, the Court HEREBY ORDERS as follows:

1. The Clerk's Office shall change Plaintiff's zip code to 93705 and shall send Plaintiff a copy of the docket;
2. If there are any filings Plaintiff has not received due to the error in his zip code, he must file a notice within **twenty (20) days** from the date of service of this order; and
3. Defendants' motion for an order requiring Plaintiff to provide a valid mailing address is denied as moot.

IT IS SO ORDERED.

   Dated:   **August 25, 2015**　　　　　　　　　　**/s/ Sheila K. Oberto**
                                                         UNITED STATES MAGISTRATE JUDGE

---

[1] https://tools.usps.com/go/ZipLookupAction!input.action?mode=1&refresh=true