# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHEAL KLEIN, | Case No. 1:13-cv-01677-LJO-SKO PC |
| Plaintiff, | ORDER DENYING DEFENDANTS' REQUEST FOR RELIEF FROM LOCAL RULE 230(l) |
| v. | |
| MONTOYA, et al., | (Doc. 45) |
| Defendants. | |

Plaintiff, Michael Klein, who is proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 17, 2013 while he was incarcerated at Avenal State Prison. This action involves past conditions of confinement while Plaintiff was at Avenal State Prison. Thus, Local Rule 230(l) applies to this action.

On December 4, 2015, Defendants filed a request for relief from Local Rule 230(l) citing simply that Plaintiff is no longer incarcerated. (Doc. 45.) Defendants cite neither legal authority nor any justification for being relieved from Local Rule 230(l), and the Court finds none. As such, Local Rule 230(l) shall continue to apply to this case. *Hunt v. County of Orange*, 672 F.3d 606, 616 (9th Cir. 2012) (district courts have broad discretion to manage course of litigation); *U.S. v. Batiste*, 868 F.2d 1089, 1091 n.4 (9th Cir. 1989) (district courts have broad discretion to manage calendars).

Accordingly, it is HEREBY ORDERED, that Defendants' request for relief from Local Rule 230(l), filed on December 4, 2015, is denied.

IT IS SO ORDERED.

Dated:   **February 26, 2016**                    **/s/ Sheila K. Oberto**
                                                                  UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28