# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KLEIN,<br><br>            Plaintiff,<br><br>     v.<br><br>MONTOYA, et al,<br><br>            Defendants. | 1:13-cv-01677-LJO-SKO (PC)<br><br>**ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(Doc. 47)**<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is proceeding on his claims in this action for damages against Defendants Montoya and Galvez for violating Plaintiff's rights under the Eighth Amendment of the United States Constitution with respect to a clothed body search involving sexual abuse.

On February 1, 2016, Defendants filed a motion for summary judgment which included notice to Plaintiff of the requirements should he desire to file an opposition. (Doc. 47.) Plaintiff has not filed an opposition or a statement of non-opposition to the motion despite lapse of the requisite time. Local Rule 230(*l*).

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff shall file an opposition or a statement of non-opposition to the motion within **thirty (30) days** from the date of service of this order;[1] and

2. **Plaintiff is warned that the failure to comply with this order will result**

---

[1] A Second Informational Order containing the requirements to oppose a motion for summary judgment is issuing concurrently herewith.

1

**dismissal of this action, with prejudice, for his failure to obey a court order and his failure to prosecute this action**.

IT IS SO ORDERED.

Dated:   **March 8, 2016**                              /s/ Sheila K. Oberto
                                                 UNITED STATES MAGISTRATE JUDGE

2